HELENE MOLTE, Respondent, *v.* CORN EXCHANGE BANK TRUST COMPANY, Appellant.

(Argued March 20, 1935; decided April 17, 1935.)

*William E. Lyons* and *Barnett Cohen* for appellant.

*Isidor Enselman* and *A. Welles Stump* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed, and complaint dismissed, with costs in all courts. *Held*, that the record fails to disclose any evidence of negligence. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.